**In re DALLAS PETERBILT, LTD., L.L.P., Relator.**

**No. 05–05–01034–CV.**

Court of Appeals of Texas, Dallas.

Aug. 19, 2005.

David Watkins, Kevin Robinowitz, W. Carson Croft, Jenkins & Watkins, P.C., Dallas, for Relator.

Jeffrey C. Mateer, Randel Craig Shaffer, Mateer & Schaffer, P.C., Dallas, for Real Party In Interest.

Before Justices WRIGHT, O'NEILL, and LANG.

## MEMORANDUM OPINION

Opinion by Justice LANG.

Relator contends the trial judge abused his discretion in denying relator's plea in abatement and motion to stay proceedings and compel arbitration. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown the trial judge clearly abused his discretion. *See* TEX.R.APP. P. 52.8(a); *Walker v. Packer,* 827 S.W.2d 833, 839–44 (Tex.1992) (orig.proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.